IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN BRADLEY, | ) | 8:16CV418 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| UNITED STATES SUPREME COURT, JUSTICE, The Full, Individual and Official capacity, JUDGES IN THE STATE OF NEBRASKA, All, Individual and Official capacity, COUNTY ATTORNEYS IN NEBRASKA, All, Individual and Official capacity, and WARDENS, CORRECTIONS DIRECTORS, Individual and Official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On December 15, 2016, the court entered an order requiring Plaintiff to either show cause why this case should not be dismissed pursuant to 28 U.S.C. §1915(g) or else pay the full filing fee (Filing No. 14). On December 21, 2016, Plaintiff filed a motion to set aside the court's order (Filing No. 15).

As before, Plaintiff has provided no credible facts to support the claim that he is in imminent danger of serious physical injury so as to avoid application of the "three strikes" rule. The case will be dismissed without prejudice for Plaintiff's failure to comply with the court's previous order.

Accordingly,

IT IS ORDERED:

1. Plaintiff's motion to set aside the court's order (Filing No. 15) is denied.

2. Plaintiff's action is dismissed without prejudice.

3. Judgment will be entered by separate document.

4. If Plaintiff seeks to appeal this dismissal, the notice of appeal must be accompanied by an appellate filing fee in the amount of $505.00. Plaintiff will not be permitted to appeal in forma pauperis.

DATED this 25th day of January, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge
